UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSEPH E. LEROSE, | : | CASE NO. 2:19-cv-00376 |
| | : | |
| Plaintiff, | : | Judge Theresa L. Springmann |
| v. | : | |
| | : | Magistrate Judge Andrew P. Rodovich |
| WELLS FARGO BANK, N.A. *et al*, | : | |
| | : | |
| Defendants. | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |

Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil Procedure 7.1: Any non-governmental corporate party to a proceeding must file a statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant NewRez LLC, d/b/a Shellpoint Mortgage Servicing**

1.  Does said party have any parent corporations, subsidiaries or other affiliates?

     __X__ Yes        ____ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

**The parent company of the named party is Shellpoint Partners LLC. The parent companies of Shellpoint Partners LLC are NRM Acquisition LLC (99%) and NRM Acquisition II LLC (1%). The parent company of NRM Acquisition LLC and NRM Acquisition II LLC is New Residential Mortgage LLC. The parent company of New Residential Mortgage LLC is New Residential Investment Corp., a Delaware corporation.**

2.      Is 10% or more of the stock of said party owned by a publicly held corporation or other publicly held entity?

    <u>X</u>  **Yes**   <u>  </u> **No**

If the answer is Yes, list the identity of such corporation and the extent of the financial interest:

**New Residential Investment Corp. (NYSE: NRZ) is a publicly held corporation, with its principal place of business in NY.**

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>*/s/ Jeffrey J. Hanneken*<br>Jeffrey J. Hanneken ( 31726-15) |
| GRAYDON HEAD & RITCHEY LLP<br>312 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202<br>Phone: (513) 621-6464<br>Fax:    (513) 651-3836 | Shannon O. Egan (31954-29)<br>GRAYDON HEAD & RITCHEY LLP<br>312 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202<br>Phone: (513) 629-0349<br>Fax:    (513) 651-3836<br>E-mail: jhanneken@graydon.law<br>   segan@graydon.law<br><br>*Counsel for Defendant NewRez, LLC, d/b/a Shellpoint Mortgage Servicing* |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing *Corporate Disclosure Statement* was filed via the CM/ECF system that will send notification to all counsel of record, this 4th day of October, 2019.

  The undersigned further certifies that a true and accurate copy of the foregoing *Corporate Disclosure Statement* was served via U.S. mail, on this 4th day of October, 2019, to the following:

Patrick B. McEuen
Christopher A. Buckley
McEUEN LAW OFFICE
6382 Central Avenue
Portage, IN 46368
Patrick@McEuenLaw.com
Chris@McEuenLaw.com
*Counsel for Plaintiff Joseph E. LeRose*

            */s/ Jeffrey J. Hanneken*
            Jeffrey J. Hanneken (31726-15)

9788896.1